

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2025

No. 04-25-00553-CR

**IN RE** Michael Adam **KOZITZKI**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Relator filed a petition styled as a petition for writ of habeas corpus on August 27, 2025. Relator did not include any supporting documents with his petition. It is unclear from the filing whether realtor has sought a bail hearing and respondent has failed to consider the request or if relator is asserting that he is entitled to habeas relief. Regardless, this court cannot properly consider relator's petition absent a record upon which he seeks relief. *See* TEX. R. APP. P. 52.3(k) and 52.7(a). The petition is **DENIED**.

It is so **ORDERED** on October 15, 2025

_____
Adrian A. Spears, II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024-CR-012870, styled *The State of Texas v. Michael Adam Kozitzki*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.